```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

        JUL 16 2001

    CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
                       DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGE W. LINDSAY,           * Case No.: 93-3314, (MDJ) (T)
                             * Case No.: MDL-875 (PAE)
    Plaintiff                *
                             *
v.                           *
                             *
ACandS, Inc., et al.,        *
                             *
    Defendants               *
         * * * * * * * * *

### O R D E R

1. On Motion of Spencer A. Dixon, Sr. for substitution in place of George W. Lindsay, deceased, it appearing to the Court that the said George W. Lindsay died intestate on July 15, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Spencer A. Dixon, Sr. has been duly appointed Personal Representative of the Estate of George W. Lindsay, and is qualified and is acting as such.

2. On Motion of Dorothy Lindsay, Plaintiff and surviving spouse of George W. Lindsay, deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said George W. Lindsay died on July 15, 1998; that the Plaintiff, Dorothy Lindsay and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Spencer A. Dixon, Sr., Personal Representative of the Estate of George W. Lindsay, be substituted as Plaintiff herein in place of George W. Lindsay, deceased,



without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Dorothy Lindsay, Plaintiff and surviving spouse of George W. Lindsay, be permitted to add her loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE

Charles R. Weiner

DATE: 7/9/01

G:\MFFILES\2001\OCS.MAT\DOC\MAT 027

(2)